BEFORE THE FIRST DIVISION, AUGUST 31, 1942

**No. 47519.**—Protests 862682–G, etc., of Great Atlantic & Pacific Tea Co. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.